**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　　　212-267-7342

Defendant: **Corptax, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114877 | $36,984.51 | 7/27/2023 | INV48018POST | 10/19/2022 | $36,984.51 |
| **1** Post Petition transfer(s), **$36,984.51** | | | | | | | |

**Totals: 1 transfer(s), $36,984.51**